[No. 50124-1-I. Division One. June 30, 2003.]

M.J.F. HOLDINGS, INC., *Appellant*, v. MICHAEL A. UTT, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-23541-9, J. Kathleen Learned, J., entered February 25, 2002. *Reversed* by unpublished opinion per Appelwick, J., concurred in by Becker, C.J., and Kennedy, J.

[No. 50252-2-I. Division One. June 30, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS M. HANDSHEW, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 01-1-01206-4, Steven J. Mura, J., entered March 5, 2002. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Kennedy and Agid, JJ.

[No. 50570-0-I. Division One. June 30, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. K.L.J., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-8-00973-7, Charles W. Johnson, J. Pro Tem., entered May 15, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50592-1-I. Division One. June 30, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. RONNIE D. BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-07871-9, Robert H. Alsdorf, J., entered May 28, 2002. *Affirmed* by unpublished per curiam opinion.